780

No. 666.   JOHNSON ET AL. v. MASONIC BUILDING CO. February 28, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Lucien H. Boggs* for petitioners.   *Mr. W. Inman Curry* for respondent.

No. 760.   BUCHALTER v. WARDEN OF SING SING PRISON. March 4, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Mr. J. Bertram Wegman* for petitioner.

No. 636.   BUTLER ET AL. v. McKEY.   March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Messrs. Theodore J. Roche, James Farraher,* and *Theodore H. Roche* for petitioners.   *Mr. John W. Dinkelspiel* for respondent.

No. 637.   STEADMAN v. ATLANTIC COAST LINE RAILROAD CO.   March 6, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Julian S. Wolfe* for petitioner.   *Messrs. Douglas McKay* and *Thos. W. Davis* for respondent.

Nos. 638, 639 and 640.   WEST LAUREL HILL CEMETERY CO. v. ROTHENSIES, COLLECTOR OF INTERNAL REVENUE. March 6, 1944.   Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Mr. Paul Reilly* for petitioner.   *Solicitor General Fahy, As-*